## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:09-CR-00617         Recorder: CS 07/06/2009         Date: 07/06/2009

Present: The Honorable Paul L. Abrams, U.S. Magistrate Judge

Court Clerk: Terry R. Baker / VM                              Assistant U.S. Attorney: Jason Gonzalez

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| NAKOULA BASSELEY NAKOULA, aka Mark Basseley Youssef, aka Yousseff M. Basseley, aka Nicola Bacily, aka Malid Ahlawi      CUSTODY-PRESENT | JACK N. WHITAKER             RETAINED | ARABIC | LILIANA KHOURY |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Christina A. Snyder.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 08/25/2009 at 9:30 A.M.
    Status Conference 08/03/2009 at 1:30 P.M.
    Motion Hearing 08/03/2009 at 1:30 P.M.
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Trial estimate: 3 days.

00 : 04
Initials of Deputy Clerk: TRB

cc: Statistics Clerk, PSALA Interpreter, USMLA