STEVEN A. SEIDEN, Esq.
The Law Office of Steven A. Seiden
13658 Hawthorne Blvd., Suite 100C
Hawthorne, CA 90250
Telephone: (310) 644-5003
Facsimile: (310) 644-5924
CA State Bar No. 80649

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 09-CR-00617-CAS-1 |
| v. | |
| NAKOULA BASSELEY NAKOULA, | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

Nassoula Basseley Nakoula    ☐ Plaintiff   ☑ Defendant   ☐ Other _____
_Name of Party_

hereby requests that the Court approve the substitution of  STEVEN A. SEIDEN, Attorney at Law
_New Attorney_

as attorney of record instead of  JAMES D. HENDERSON, Attorney at Law
_Present Attorney_

Dated   9-17-2012

_Signature of Party/Authorized Representative of Party_

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated   9/18/12

_Signature of Present Attorney_

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated   9-18-2012

_Signature of New Attorney_

80649
_State Bar Number_

If party requesting to appear Pro Se:

Dated _____

_Signature of Requesting Party_

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (G-01 ORDER) ALONG WITH THIS REQUEST.