# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff(s)<br>v.<br><br>NAKOULA BASSELEY NAKOULA,<br><br>Defendant(s). | CASE NUMBER<br><br>09-CR-00617-CAS-1<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |
|---|---|

The Court hereby orders that the request of:

<u>NAKOULA BASSELEY NAKOULA</u>     ☐ Plaintiff  ✓ Defendant  ☐ Other _____
*Name of Party*

to substitute <u>STEVEN A. SEIDEN, Attorney at Law</u>                                                               who is

✓ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

<u>13658 Hawthorne Blvd., Suite 100C</u>
*Street Address*

<u>Hawthorne, CA 90250</u>                                       <u>saslaw@sbcglobal.net</u>
*City, State, Zip*                                                       *E-Mail Address*

<u>(310) 644-5003</u>                    <u>(310) 644-5924</u>                    <u>80649</u>
*Telephone Number*                    *Fax Number*                    *State Bar Number*

as attorney of record instead of                    <u>JAMES D. HENDERSON, Attorney at Law</u>
                                                                                       *Present Attorney*

**is hereby      X GRANTED          ☐ DENIED**

Dated  <u>September 21, 2012</u>                                      *[signature: Christina A. Snyder]*
                                                                                 U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** **IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.**