1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE (Cal. State Bar No. 167258)
   Assistant United States Attorney
3  Chief, Criminal Division
   JENNIFER L. WILLIAMS (Cal. State Bar No. 268782)
4       1200 United States Courthouse
        312 North Spring Street
5       Los Angeles, California 90012
        Telephone: (213) 894-4685/5862
6       Facsimile: (213) 894-0141
        E-mail:  robert.dugdale@usdoj.gov
7                jennifer.williams6@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9
                    UNITED STATES DISTRICT COURT
10
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

12 UNITED STATES OF AMERICA,        ) No. CR 09-617-CAS
                                    )
13              Plaintiff,          ) GOVERNMENT'S EX PARTE
                                    ) APPLICATION TO REQUIRE THAT THE
14              v.                  ) CRIMINAL DOCKET IN THIS CASE
                                    ) AND FURTHER PLEADINGS FILED IN
15 MARK BASSELEY YOUSSEF,           ) THIS MATTER REFLECT DEFENDANT
        aka "Nakoula Basseley       ) MARK BASSELEY YOUSSEF'S TRUE
16           Nakoula,"              ) LEGAL NAME
        aka "Sam Bacile,"           )
17                                  )
                Defendant.          )
18                                  )
                                    )
19 _____ )

20

21      Plaintiff, United States of America, hereby moves ex parte

22 that the criminal docket in this case and further pleadings filed

23 in this matter refer to the defendant by his true legal name,

24 Mark Basseley Youssef.

25      On September 27, 2012, the defendant made his initial

26 appearance in court as a result of an arrest warrant issued by

27 this Court in response to a petition to show cause why his

28 supervised release should not be revoked.  At his initial

appearance, defendant stated that his true legal name is Mark Basseley Youssef, and Chief Magistrate Judge Suzanne H. Segal ordered the government to file this request that future pleadings in this matter be captioned to refer to defendant by this name.[1] Accordingly, the government respectfully requests that future pleadings in this case be captioned to refer to defendant by his true legal name, Mark Basseley Youssef, as stated by defendant at the September 27, 2012 proceeding.

DATED: September 28, 2012        Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

/s/
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

[1]        As alleged by the United States Probation Office, on or about October 1, 2002, defendant filed a motion in the Superior Court of the State of California, County of Orange, case number A215011, in which he requested that his true legal name be changed from Nakoula Basseley Nakoula to Mark Basseley Youssef, and an order changing defendant's name to Mark Basseley Youssef was issued as a result of this motion.  Notwithstanding this fact, defendant represented to this Court in connection with his underlying criminal case that his true legal name was Nakoula Basseley Nakoula; to date, he has used the Nakoula identity on all documentation provided to this Court and to the Probation during the entirety of his term on supervised release; and he simultaneously possessed identification in this name, as well as the Youssef identity, while on supervised release, in violation of his conditions of supervised release.

2