1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE (Cal. State Bar No. 167258)
   Assistant United States Attorney
3  Chief, Criminal Division
   JENNIFER L. WILLIAMS (Cal. State Bar No. 268782)
4       1200 United States Courthouse
        312 North Spring Street
5       Los Angeles, California 90012
        Telephone: (213) 894-4685/5862
6       Facsimile: (213) 894-0141
        E-mail:   robert.dugdale@usdoj.gov
7                 jennifer.williams6@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9
                    UNITED STATES DISTRICT COURT
10
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

12 UNITED STATES OF AMERICA,        ) No. CR 09-617-CAS
                                    )
13            Plaintiff,            ) [PROPOSED] ORDER TO REQUIRE
                                    ) THAT THE CRIMINAL DOCKET IN
14       v.                         ) THIS CASE AND FURTHER PLEADINGS
                                    ) FILED IN THIS MATTER REFLECT
15 MARK BASSELEY YOUSSEF,           ) DEFENDANT MARK BASSELEY
        aka "Nakoula Basseley       ) YOUSSEF'S TRUE LEGAL NAME
16         Nakoula,"                )
        aka "Sam Bacile,"           )
17                                  )
              Defendant.            )
18 _____  )

19

20

21

22

23

24

25

26

27

28

Pursuant to defendant's acknowledgment at his initial appearance in this matter, dated September 27, 2012, that his true legal name is Mark Basseley Youssef, the criminal docket in this case and further pleadings filed in this matter shall refer to the defendant as Mark Basseley Youssef.

IT IS SO ORDERED.

Dated: _____, 2012   _____
HONORABLE CHRISTINA A. SNYDER
United States District Judge

Respectfully Submitted by,

/s/ Robert E. Dugdale
_____
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division