FILED
CLERK, U.S. DISTRICT COURT
SEP 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
PLAINTIFF
v.
Nakoula, Nakoula

DEFENDANT(S).

CASE NUMBER:

CR-09-00617-CAS

**REPORT COMMENCING CRIMINAL ACTION**

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 9/27/12     1200     ☐ AM / ☑ PM
2. Defendant is in lock-up (in this court building)   Yes ☑   No ☐
3. Charges under which defendant has been booked:
   18 USC 3583 Violation of Supervised Release
4. Offense charged is a: ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☐ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☑ No   ☐ Yes: _____ (Language)
7. Year of Birth: 1957
8. The defendant is:   ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel ?   ☐ No
    ☑ Yes   Name: Henderson     and Phone Number: _____
13. Did you notify Pretrial Services?   ☑ No
    ☐ If yes, please list Officer's Name: _____ Time: _____ AM / PM
14. Remarks (if any): Defendant went to court on 9/27/12 and Judge Segal insisted that he need not be calendared, however for filing purposes the clerk's office needs the form.
15. Date: 10/02/2012    16. Name: Travis Burdette    (Please Print)
17. Agency: USMS    18. Signature: _____
19. Office Phone Number: 2138942485

CR-64 (06/09)                REPORT COMMENCING CRIMINAL ACTION