**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Nakoula Basseley Nakoula<br><br>DEFENDANT. | ☑ LA  ☐ RS  ☐ SA     ☐ UNDER SEAL<br>CASE NUMBER: CR09-617-CAS<br>☐ COMPLAINT          ☐ INFORMATION<br>☐ INDICTMENT        ☐ CLASS B MISDEMEANOR<br>☐ SUMMONS            ☐ OUT OF DISTRICT AFFIDAVIT<br>☐ PSA/ ☑ PO WARRANT  ☐ EXTRADITION<br>FILED:<br>VIOLATION: 18 USC 3653<br>DATE: 9/27/12       TIME: 30 minutes<br>Court~~Smart~~: Reporter: Leandra Amber |
|---|---|

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE  Suzanne Segal | CALENDAR/PROCEEDINGS SHEET<br>LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:** _S. Terke_          _Robert Dugdale_          _N/A_
                Deputy Clerk                    Assistant U.S. Attorney             Interpreter / Language

☐ INITIAL APPEARANCE NOT HELD-CONTINUED
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☑ preliminary hearing OR ☐ removal hearing / Rule 20.
☑ Defendant states true name ☐ is as charged ☑ is _Mark Basseley Youssef_
☑ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed
   to file all documents reflecting the true name as stated on the record.
☐ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**
☑ Attorney: _Steven Seiden_        ☑ Retd. ☐ Apptd. ☐ Prev. Apptd. ☐ DFPD ☐ Panel ☐ Poss. Contribution
   Ordered (see separate order)  ☐ Special appearance by: _____
☑ Government's request for detention is: ☑ GRANTED   ☐ DENIED   ☐ WITHDRAWN   ☐ CONTINUED
☑ Defendant is ordered: ☑ Permanently Detained   ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:  ☐ GRANTED   ☐ DENIED
☑ Preliminary Hearing waived.
☐ Class B Misdemeanor          ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting
   of all further proceedings.
☑ PO/PSA WARRANT     ☑ Counsel are directed to contact the clerk for District Judge _Snyder_ for the
   setting of further proceedings.
☐ Preliminary Hearing set for _____ at _____ 4:30 PM in LA
☐ Post-Indictment Arraignment set for: _____ at _____ 10:00 AM in LA
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED  ☐ DENIED
☐ Defendant executed Waiver of Rights.  ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue. Date issued: _____ By: _____
                                                                                         Deputy Clerk
   ☐ Warrant of removal and final commitment are ordered stayed until _____.
☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom _____   ☐ Judge's Courtroom _____
☐ Defendant committed to the custody of the U.S. Marshal  ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
   RELEASE ORDER NO: _____
☐ Other: _____

                    ☐ PSA          ☐ FINANCIAL          ☐ READY
cc: ☑ USPO                                          Deputy Clerk Initials  _ST_
                                                                            : _SS_