FILED
CLERK, U.S DISTRICT COURT
SEP 2 7 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>NAKOULA BASSELEY NAKOULA<br><br>　　　　Defendant. | CR09-617-CAS<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

　　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　　The court finds no condition or combination of conditions that will reasonably assure:

　　　(A) ☒ the appearance of defendant as required; and/or

　　　(B) ☒ the safety of any person or the community.

//

//

The court concludes:

A.  (X)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will abide by conditions of supervised release. Despite his underlying conviction for fraud and the condition that he not use any name other than his true name, it is alleged he failed to use his true name. He may have committed new crimes while on release. Thus, Defendant poses a danger to the community.

(B)  (X)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will abide by conditions of release. He appears to have engaged in a pattern of deception. He lacks stable employment or residence. He does not have an adequate surety or bail resources. He has some ties to foreign countries. He has used aliases. Thus, defendant poses a risk of flight.

IT IS ORDERED that defendant be detained.

DATED: 9/27/12

_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2