UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Nakoula Basselyey Nakoula | ) Case No. CR09-617-CAS |
| | ) |
| Defendant | ) |

FILED
CLERK, U.S. DISTRICT COURT
SEP 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 9/27/12

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

I have translated this Waiver of Preliminary Hearing to the defendant in the _____ language.

Date: _____

_____
Signature of Interpreter

CR-110 (06/12)                    Waiver of a Preliminary Hearing