ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE (Cal. State Bar No. 167258)
Assistant United States Attorney
Chief, Criminal Division
JENNIFER L. WILLIAMS (Cal. State Bar No. 268782)
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4685/5862
    Facsimile: (213) 894-0141
    E-mail:  robert.dugdale@usdoj.gov
         jennifer.williams6@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>      v.<br><br>MARK BASSELEY YOUSSEF,<br>    aka "Nakoula Basseley<br>        Nakoula,"<br>    aka "Sam Bacile,"<br><br>        Defendant. | No. CR 09-617-CAS<br><br>ORDER TO REQUIRE THAT THE CRIMINAL DOCKET IN THIS CASE AND FURTHER PLEADINGS FILED IN THIS MATTER REFLECT DEFENDANT MARK BASSELEY YOUSSEF'S TRUE LEGAL NAME |

Pursuant to defendant's acknowledgment at his initial appearance in this matter, dated September 27, 2012, that his true legal name is Mark Basseley Youssef, the criminal docket in this case and further pleadings filed in this matter shall refer to the defendant as Mark Basseley Youssef.

IT IS SO ORDERED.

Dated: October 2, 2012

_____
HONORABLE CHRISTINA A. SNYDER
United States District Judge

Respectfully Submitted by,

/s/ Robert E. Dugdale
_____
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division